# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY D. LYNCH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. 2:16-CV-01849-RAJ-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.
(2) The matter is **VACATED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.
(3) **JUDGMENT** is for Plaintiff and the case should be closed.
(4) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 12th day of October, 2017.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge