UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODNEY D. LYNCH,<br><br>   Plaintiff,<br><br> v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>   Defendant. | No. 2:16-cv-01849-RAJ<br><br>ORDER |

THIS MATTER having been brought before this Court upon Plaintiff's Motion for Equal Access to Justice Act attorneys' fees and costs, and the Court having fully considered this matter:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is Granted and Plaintiff is awarded attorneys' fees in the amount of $6,389.24 and reimbursement of expenses in the amount of $30.56 for a total of $6,419.80 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Plaintiff is also awarded $14.60 in costs under 28 U.S.C. § 1920.

The check(s) shall be mailed to Plaintiff's attorney's office: Robey Namba, P.S., 1414 F Street, Bellingham, WA 98225. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA

**ROBEY NAMBA, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

[PROPOSED] ORDER - 1

fees shall be made payable to Robey Namba, P.S. based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

DATED this 29th day of January, 2018.

*Richard A. Jones*
―――――――――――――――
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER - 2